# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT HAGGINS, ET AL.,<br>　　Plaintiff(s)<br><br>　　　　v.<br><br>VERIZON NEW ENGLAND, INC.,<br>　　Defendant(s) | )<br>)<br>)<br>)   CIVIL ACTION NO. 3:09-cv-30111-MAP<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

　　IT IS  ORDERED AND ADJUDGED

**JUDGMENT** entered for the defendant Verizon New England, Inc., against the plaintiffs' Robert Haggins, et al., pursuant to the court's memorandum and order entered this date, granting the defendant's motion for summary judgment.

　　　　　　　　　　　　　　　　　　**SARAH A. THORNTON**,
　　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated: September 9, 2010　　　　　By /s/ *Maurice G. Lindsay*
　　　　　　　　　　　　　　　　　Maurice G. Lindsay
　　　　　　　　　　　　　　　　　Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)　　　　　　　　　　　　　　　　　　　　　　[jgm.]